IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–02514–EWN–KMT

NORMANN GARCIA,

      Applicant,

v.

FRED FIGUEROA, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the court on the "Recommendation of United States Magistrate

Judge" filed September 3, 2008. No party has objected to the recommendation. I have

conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based

on this review, I have concluded that the recommendation is a correct application of the facts and

the law. Accordingly, it is

      **ORDERED** as follows:

    1.  The recommendation is ACCEPTED.

    2.  Petitioner's "Petition for Summary Judgment" (#16, filed April 7, 2008) is DENIED.

DATED this 1st day of October, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge