IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–02514-MSK-KMT


NORMANN GARCIA,

      Petitioner,

v.

FRED FIGUEROA, and
JOHN SUTHERS,

      Respondents.

---

## ORDER

---

      This matter is before the court *sua sponte*.

      IT IS HEREBY **ORDERED** that on or before **April 13, 2009**, the Clerk of the Denver District Court shall provide to this court the original written record of Denver criminal case no. 02CR914, *People v. Normann Garcia.*

      IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Denver District Court by facsimile to **(720) 865-8582** and by regular mail to Clerk of the Denver District Court, 1437 Bannock Street, Denver, Colorado 80202.

      Dated this 12th day of March, 2009.

                                **BY THE COURT:**

                                Kathleen M. Tafoya
                                United States Magistrate Judge