IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No.  07-cv-02514-MSK

NORMAN GARCIA,

      Petitioner,

vs.

FRED FIGUEROA; and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 2nd day of May, 2012.

BY THE COURT:

*Marcia A. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02514 MSK

District Court City & County of Denver
1437 Bannock St. Rm 256
Denver, CO 80202

Norman Garcia
# 122593
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

Patricia Rae Van Horn - Colorado Attorney General - Department of Law
**DELIVERED ELECTRONICALLY**


      I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  5/3/2012  .


                                          GREGORY C. LANGHAM, CLERK


                                          By: s/ D. Berardi
                                               Deputy Clerk