IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02514-MSK

NORMAN GARCIA,

    Petitioner,

vs.

FRED FIGUEROA; and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 2nd day of May, 2012.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02514 MSK

District Court City & County of Denver
1437 Bannock St. Rm 256
Denver, CO 80202

Norman Garcia
# 122593
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

Patricia Rae Van Horn - Colorado Attorney General - Department of Law
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  5/3/2012  .

GREGORY C. LANGHAM, CLERK

By: s/ D. Berardi
       Deputy Clerk